**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MISTY DAWN TRAEGER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:24-CV-2253-O-BW** |
| | § | |
| **GARY FARHA, et al.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Complaint for Violation of Civil Rights, received on September 3, 2024 (Dkt. No. 3), will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim upon which relief may be granted.

**SO ORDERED** this **23rd** day of **November 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE